IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:23CR196 |
| vs. | ) | |
| BRANDON L. HUTCHINSON, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion for Continuance of Jury Trial [21] . Counsel recently entered his appearance and needs additional time to review the case. Counsel for the government has been contacted and has no objection to the continuance. For good cause shown,

**IT IS ORDERED** that the Motion for Continuance of Jury Trial [21] is granted as follows:

1. The jury trial now set for January 29, 2024, is continued to **April 1, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 1, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** January 23, 2024.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**