IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:23CR196 |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| BRANDON L. HUTCHINSON, | |
| Defendant. | |

This matter is before the Court on the government's Motion for a Final Order of Forfeiture (Filing No. 46). The Court has carefully reviewed the record in this case and finds as follows:

1. On September 19, 2024, the Court entered a Preliminary Order of Forfeiture (Filing No. 37) forfeiting defendant Brandon L. Hutchinson's ("Hutchinson") interest in $2,033.37 in United States currency seized from him on or about July 16, 2023.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty-consecutive days, beginning on September 20, 2024, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on November 20, 2024 (Filing No. 45).

3. The government advises the Court that no petitions have been filed. A review of the record supports that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 46) is granted.

2. All right, title and interest in and to the $2,033.37 in United States currency seized from the Hutchinson on or about July 16, 2023, held by any person or entity are forever barred and foreclosed.

3. The $2,033.37 in United States currency is forfeited to the government.

4. The government is directed to dispose of that currency in accordance with the law.

Dated this 20th day of November 2024.

BY THE COURT:

*Robert F. Rossiter, Jr.* (signature)

Robert F. Rossiter, Jr.
Chief United States District Judge